consideration in light of *Illinois* v. *Caballes, ante,* p. 405. ▓

No. 04–852. ASHLOCK v. UNITED STATES. C. A. 5th Cir. Reported below: 105 Fed. Appx. 581; and

No. 04–882. RAITHATHA v. UNITED STATES. C. A. 6th Cir. Reported below: 385 F. 3d 1013. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.